Certificate Number: 16339-PAW-DE-031401488

Bankruptcy Case Number: 18-21946



16339-PAW-DE-031401488

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 31, 2018, at 11:02 o'clock AM EDT, Edward Willochell completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:  July 31, 2018                By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor